UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>            Plaintiff,<br><br>v.<br><br>TORREY INN LP DBA HILTON GARDEN INN SAN DIEGO DEL MAR, et al.,<br><br>            Defendant. | Case No.: 20cv1216-GPC(BLM)<br><br>**ORDER DENYING JOINT MOTION BUT CONTINUING DEADLINE TO FILE REPLY**<br><br>**[ECF NO. 29]** |

On February 4, 2021, counsel for Plaintiff, Peter Kristofer Strojnik, and counsel for Defendant, Philip H. Stillman, jointly contacted the Court regarding two discovery disputes. ECF No. 26. In regard to the disputes, the Court ordered Plaintiff to file her motion on or before February 9, 2021, Defendant to file its opposition on or before February 16, 2021, and Plaintiff to file any reply on or before February 23, 2021. Id.

On February 22, 2021, the parties filed a Joint Motion to Continue Deadline to File Reply in Support of Doc 27 Motion to Compel. ECF No. 29. The parties seek to continue Plaintiff's reply deadline to February 30, 2021. Id. In support, the parties state that they

> are currently in settlement discussions that may preclude further briefing of the issues raised in Doc. 27. Providing a brief one-week extension to potentially save the Court resources and the parties fees in additional briefing would be in the spirit of Rule 1, Federal Rules of Civil Procedure.

Id.

1

The parties' motion is **DENIED**. The last day of February is February 28, 2021. February 30, 2021 does not exist.  However, good cause appearing, the Court finds it appropriate to continue Plaintiff's deadline to file a reply in support of the pending motion to compel [ECF No. 27] to **March 2, 2021**.  Id.  Upon completion of the briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1(d)(1) and no personal appearances will be required.

**IT IS SO ORDERED**.

Dated:  2/22/2021

Hon. Barbara L. Major
United States Magistrate Judge