Peter Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (415) 450-0100

Attorneys for Plaintiff
THERESA BROOKE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>TORREY INN LP,<br><br>Defendants. | Case No: 3:20-cv-01216-GPC-BLM<br><br>**NOTICE OF SETTLEMENT** |

  Please take notice that this case has settled. The parties anticipate filing closing papers in the coming weeks.

    DATED this 5th day of March, 2021.

           /s/ Peter Kristofer Strojnik
           Peter Kristofer Strojnik (242728)
           Attorneys for Plaintiff